RECEIVED
APR 1 4 2014
DEBORAH S. HUNT, Clerk

Jack Coppenger #58192-060
Federal Correctional Institution
P.O. Box 10 - Elkton
Lisbon, OH. 44432

April 10, 2014

Office of Circuit Clerk
Sixth Circuit Court of Appeals
U.S. Courthouse, Suite 540
100 E. Fifth Street
Cincinatti, OH. 45202

    RE: COUNSEL APPOINTED BY THE COURT FOR PENDING DIRECT APPEAL;
        **NO. 13-3863**; USA V. JACK COPPENGER

Dear Circuit Clerk:

I need for the following request to be referred to the panel of judges that is going to hear my appeal in the above-referenced cause of action.

Approximately six weeks ago, this Court informed me, in writing, that counsel had been appointed for my appeal. Since that information, I HAVE NOT been contacted by any attorney, and I have no idea who has been assigned to me.

I am requesting that you respond to this letter and please give me the name and address of counsel of record in the appeal in order that I may contact counsel and prepare for the appeal.

Thank you for your attention to this matter.

                              Respectfully,

                              *[signature]*