JACK COPPENGER #58192-060
Federal Correctional Institution
P.O. Box 10 - Elkton EB
Lisbon, OH. 44432

RECEIVED
APR -9 2014
DEBORAH S. HUNT, Clerk

April 3, 2014

Office Of Circuit Clerk
Sixth Circuit Court Of Appeals
100 E. 5th Street, Rm. 540
Cincinnati, OH. 45202

RE: PENDING DIRECT APPEAL IN SIXTH CIR.
NO. 13-3863; USA V. JACK COPPENGER

ATTN: ASSIGNED JUDICIAL PANEL:

On February 25, 2014, this Court, after receiving my pro se Brief on appeal previously, granted in forma pauperis status in the matter of the above-referenced appeal and informed me that CJA counsel will be appointed.

Five weeks has elapsed since receipt of this information and I have yet to be contacted by CJA counsel assigned to my case on appeal.

I would appreciate any assistance from this Court identifying the name and address of assigned counsel.

Thank you.

Respectfully,

[signature]