## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 16, 2014

Jack Coppenger Jr.
F.C.I. Elkton
P.O. Box 10
Lisbon, OH 44432

        Re: Case No. 13-3863, *USA v. Jack Coppenger, Jr.*
            Originating Case No. : 5:12-cr-00278-1

Mr. Coppenger:

   This is in response to your letters of 4/9/14 and 4/14/14 regarding appointment of counsel

Please be advised that as of today there has not been counsel appointed for your case. You will be served with the letter when counsel is appointed so you will have the name and address of that person.

                        Sincerely yours,

                        s/Cheryl Borkowski
                        Case Manager
                        Direct Dial No. 513-564-7035