No. 15-5753

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JAVON MARSHALL, et al.,<br><br>  Appellants,<br><br>  v.<br><br>ESPN, et al.,<br><br>  Appellees. | On appeal from the United States District Court for the Middle District of Tennessee<br>(District Court Case No. 3:14-cv-01945) |

**APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Counsel for Appellants respectfully seek to extend the time allowed to file a reply brief. The current deadline for a reply brief is Monday, January 11, 2016. Due to previously-scheduled travel plans during the holidays, counsel seek an extension of time by two weeks in which to file Appellants' reply brief, including and through Monday, January 25, 2016.

Respectfully submitted,

*/s/ Stephen J. Zralek*
Stephen J. Zralek
John P. Branham
Patricia J. Cottrell
William J. Haynes III
BONE McALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, Tennessee  37219
(615) 238-6300
szralek@bonelaw.com
jbranham@bonelaw.com
pcottrell@bonelaw.com
whaynes@bonelaw.com

{01328244.1 }

Richard Manson
Ronald A. Stewart
STEWART JOHNSON CONNER &
MANSON, LLP
215 2nd Ave. North, Suite 300
Nashville, TN 37201
(615) 254-1600

Thomas R. Frazer II
601 Bowling Avenue
Nashville, TN 37215
(615) 866-9383
trfrazer2@gmail.com

*Attorneys for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served electronically by the Court's CM/ECF notice, upon all counsel of record, this the 4th day of January, 2016.

/s/ Stephen J. Zralek
Stephen J. Zralek

{01328244.1 }